PER CURIAM.
We affirm the Order under review, see Rosado v. DaimlerChrysler Fin. Servs. Trust, 1 So.3d 1200 (Fla. 2d DCA 2009), review granted, No. SC09-390 (Fla. Nov. 9, 2011), and certify the following question as a matter of great public importance:
DOES THE GRAVES AMENDMENT, 49 U.S.C. § 30106, PREEMPT SECTION 324.021(9)(b)l., FLORIDA STATUTES?
AFFIRMED; QUESTION CERTIFIED.
SAWAYA and MONACO, JJ., concur.
GRIFFIN, J., concurs in part and dissents in part, with opinion.